**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02712-CMA-MJW

LSF5 US LOAN POOL, II, LLC,

    Plaintiff,

v.

WESTRIDGE APARTMENTS, LTD., and
AUTOMATIC LAUNDRY COMPANY, LTD.,

    Defendants.

and

WESTRIDGE APARTMENTS, LTD.,

    Defendant and Third-Party Plaintiff,

v.

STEVE PRESTON, Secretary, United States
   Department of Housing and Urban Development,

    Third-Party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the Court on the parties' Stipulation for Dismissal (Doc. # 35). The Court having considered the Stipulation, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

    DATED: May __6__, 2009        BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Court Judge